# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JASON TARVER**                                                              **PLAINTIFF**
**ADC # 133153**

**VS.**                             **4:23-CV-00618-BRW-JTK**

**DANNY CLARK, et al.**                                      **DEFENDANTS**

## **ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's claims against Defendants Teague, Williams, and Williamson are DISMISSED for failure to state a claim on which relief may be granted; and

2. Defendants Teague, Williams, and Williamson are DISMISSED as parties to this action.

DATED this 29th day of August, 2023.

                                                                        BILLY ROY WILSON
                                                             UNITED STATES DISTRICT JUDGE