IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASON TARVER                                                                                          PLAINTIFF

v.                                          4:23CV00618-JTK

DANNY CLARK, et al.                                                                              DEFENDANTS

**ORDER**

Jason Tarver ("Plaintiff") filed this 42 U.S.C. § 1983 action while he was incarcerated, and the Court granted his Motion to Proceed In Forma Pauperis on July 6, 2023.  (Doc. Nos. 1, 2, 4).

Plaintiff has been released from incarceration.  (Doc. No. 39).  The Court needs to review Plaintiff's financial information because it is unclear whether Plaintiff is still entitled to proceed in forma pauperis now that he is no longer in custody.  Accordingly, on October 23, 2023, the Court directed Plaintiff to file an updated Motion to Proceed In Forma Pauperis ("IFP") within thirty (30) days.  (Doc. No. 41).  The Court warned Plaintiff that his failure to file an updated IFP Motion within thirty (30) days of the October 30, 2023 Order would result in the dismissal of Plaintiff's Complaint without prejudice.  See Local Rule 5.5(c)(2).  Despite the Court's instruction and warning, Plaintiff has not filed an updated IFP Motion.  As a result, Plaintiff's Complaint is dismissed without prejudice for failure to prosecute.[1]  Defendants' Motion to Dismiss based on Plaintiff failure to prosecute (Doc. No. 46) is DENIED as moot.

IT IS SO ORDERED this 4th day of December, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties consented to the jurisdiction of a United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment.  (Doc. No. 36).