IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JASON TARVER                                                                                       PLAINTIFF
ADC # 133153

v.                                          4:23CV00618-JTK

DANNY CLARK, et al.                                                                            DEFENDANTS

## JUDGMENT

Based on the Order entered this date, Plaintiff's Complaint is dismissed without prejudice.

Dated this 4th day of December, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE